UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DYKEHOUSE, et al.,

    Plaintiffs,

v.

    Case No. 1:18-cv-1225

    HON. JANET T. NEFF

3M COMPANY, et al.,

    Defendants.
_____/

## ORDER

Pending before the Court are Defendant Georgia-Pacific LLC's Motion to Dismiss (ECF No. 12), and Defendant 3M Company's Motion to Dismiss (ECF No. 15), which were filed prior to the reassignment of this case to the undersigned, and therefore fail to adhere to the Pre-Motion Conference procedure for briefing and filing dispositive motions, as set forth in Judge Neff's Information and Guidelines for Civil Practice.

Therefore,

**IT IS HEREBY ORDERED** that the pending Motions to Dismiss (ECF Nos. 12, 15) are DENIED without prejudice.

**IT IS FURTHER ORDERED** that the parties shall adhere to the requirements for briefing and filing dispositive motions set forth in Judge Neff's Information and Guidelines for Civil Practice, available on the Court's website (www.miwd.uscourts.gov), including the filing of a Request for Pre-Motion Conference prior to the filing of a dispositive motion.

**IT IS FURTHER ORDERED** that Defendants shall file their Pre-Motion Conference Request(s) (and related motion for extension of time to answer), if any, or their Answer(s) within **fourteen (14) days** of this Order.

Dated: February 27, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge