UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:18-cv-1225 | 5/3/2019 | 1:31 PM - 1:58 PM | Grand Rapids | Janet T. Neff |

### CASE CAPTION

| Plaintiffs: | Defendants: |
|---|---|
| David Dykehouse, et al. | The 3M Company, et al. |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Steven David Liddle<br>Nicholas Alexander Coulson | Plaintiffs |
| Daniel L. Ring<br>Robert L. DeJong | Defendant The 3M Company |
| Dean F. Pacific<br>Janet L. Ramsey<br>Douglas M. Garrou<br>Michael Randolph Shebelskie | Defendant Georgia-Pacific LLC |

### PROCEEDINGS

**NATURE OF HEARING:** Pre-Motion Conference held regarding ECF Nos. 21, 24; Order to issue; Defendant Georgia-Pacific LLC's in-house counsel, Sean Tarantino and John Childs, also present.

Court Reporter: Paul Brandell
Clerk: Kathleen Geiger-King