IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID DYKEHOUSE, KRISTINA BOSKOVICH, and ELIZABETH HAMBLIN, on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>THE 3M COMPANY, a Delaware Corporation, GEORGIA-PACIFIC LLC, a Delaware corporation,<br><br>        *Defendants*. | Civil Action No. 1:18-cv-1225<br><br>Hon. Janet T. Neff<br><br>**ORAL ARGUMENT REQUESTED** |

## **DEFENDANT 3M COMPANY'S MOTION TO DISMISS WITH PREJUDICE**

Defendant 3M Company ("3M") moves to dismiss Plaintiffs' public and private nuisance claims and medical-monitoring claim in the amended complaint (ECF No. 36) with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, 3M relies on the arguments and authorities set forth in the accompanying memorandum of law.

Pursuant to W.D. Mich. Local Civil Rule 7.1(d), 3M attempted to obtain concurrence from Plaintiffs, but concurrence was denied.

For the reasons stated in the accompanying memorandum of law, the Court should grant this motion and dismiss Plaintiffs' nuisance and medical-monitoring claims with prejudice.

Dated: August 30, 2019   Respectfully submitted,

s/Richard Bulger_____

Joseph M. Infante (P68719)
Robert L. DeJong (P12639)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503
(616) 454-8656

Michael A. Olsen
Daniel L. Ring
Richard Bulger
Peter B. Baumhart
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

*Counsel for Defendant 3M Company*