UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| DAVID DYKEHOUSE, KRISTINA BOSKOVICH, and ELIZABETH HAMBLIN, on behalf of themselves and all others similarly situated, | No. 1:18-cv-01225-JTN-SJB |
| | Hon. Janet T. Neff |
| Plaintiffs, | Hon. Sally J. Berens |
| v. | |
| THE 3M COMPANY, a Delaware corporation, GEORGIA-PACIFIC LLC, a Delaware corporation, and GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership, | |
| Defendants. | |
| _____/ | |

# STIPULATION REGARDING DEFENDANT GEORGIA-PACIFIC'S MOTION FOR PRODUCTION OF DOCUMENTS FROM THE 3M COMPANY

WHEREAS Defendant Georgia-Pacific has filed a Motion for Production of Documents From The 3M Company (Docket No. 84), and

WHEREAS Defendants Georgia-Pacific and 3M have continued to meet, confer and negotiate regarding Defendant Georgia-Pacific's discovery requests to Defendant 3M and, through that process, have been able to resolve the disputes embodied in Defendant Georgia-Pacific's pending Motion (Docket No. 84, PageID.787-798), and

WHEREAS Defendant Georgia-Pacific's Motion is scheduled to be heard by this Court on February 27, 2020 (Docket No. 86, PageID.946);

ACCORDINGLY, the parties stipulate and agree that Defendant Georgia-Pacific's Motion is hereby withdrawn and the hearing scheduled for February 27, 2020 should be cancelled.

Dated: February 25, 2020

s/ *Janet Ramsey*
Janet Ramsey
Dean F. Pacific
WARNER NORCROSS + JUDD LLP
1500 Warner Building
150 Ottawa Avenue, NW
Grand Rapids, MI 49503
616.752.2736
jramsey@wnj.com
dpacific@wnj.com

Attorney for Defendants Georgia-Pacific LLC and Georgia-Pacific Consumer Products LP

Dated: February 25, 2020

s/ Daniel L. Ring
Michael A. Olsen
Daniel L. Ring
Richard Bulger
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
molsen@mayerbrown.com
dring@mayerbrown.com
rbulger@mayerbrown.com

Joseph M. Infante (P68719)
Robert L. DeJong (P12639)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
99 Monroe Avenue NW, Suite 1200
Grand Rapids, MI 49503
(616) 454-8656
infante@millercanfield.com
dejong@millercanfield.com

*Counsel for Defendant 3M Company*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DAVID DYKEHOUSE, KRISTINA BOSKOVICH, and ELIZABETH HAMBLIN, on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

THE 3M COMPANY, a Delaware corporation, GEORGIA-PACIFIC LLC, a Delaware corporation, and GEORGIA-PACIFIC CONSUMER PRODUCTS LP, a Delaware limited partnership,

      Defendants.

No. 1:18-cv-01225-JTN-SJB

Hon. Janet T. Neff

## ORDER

Based upon the stipulation of the parties, Defendant Georgia-Pacific's Motion (Docket No. 84, PageID.787-798) is hereby withdrawn and the hearing scheduled for February 27, 2020 (Docket No. 86, PageID.946) is cancelled.

Date: _____, 2020

                                          Hon. Sally J. Berens
                                          United States District Court Judge

19691654