UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DAVID DYKEHOUSE, et al.,

    Plaintiffs,

v.                                                                                                          Hon. Janet T. Neff

THE 3M COMPANY, et al.,                                                          Case No. 1:18-cv-01225

    Defendants.

## **ORDER**

This matter is before the Court on Stipulation Regarding Defendant Georgia-Pacific's Motion for Production of Documents from the 3M Company (ECF No. 89). The court being fully advised in the premises, Defendant Georgia-Pacific LLC and Georgia-Pacific Consumer Products LP's Motion to Compel Production of Documents from the 3M Company (ECF No. 83) is dismissed as withdrawn and the hearing set for February 27, 2020 is canceled.

    IT IS SO ORDERED.

Dated: February 27, 2020                                        /s/ Sally J. Berens
                                                                                        SALLY J. BERENS
                                                                                      U.S. Magistrate Judge