UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DYKEHOUSE, et al., *on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

THE 3M COMPANY, a Delaware Corporation, et al.,

Defendants.
_____/

Case No. 1:18-cv-1225

Hon. Hala Y. Jarbou

## ORDER

Before the Court is the parties' Joint Motion to Vacate Scheduling Order and Set Deadline for Filing Motion for Preliminary Approval of Class Action Settlement (ECF No. 108). Accordingly:

**IT IS ORDERED** that the parties' Joint Motion to Vacate Scheduling Order and Set Deadline for Filing Motion for Preliminary Approval of Class Action Settlement (ECF No. 108) is **GRANTED**. All existing deadlines are vacated. Plaintiffs shall file a motion for preliminary approval of settlement by **April 16, 2021**.

Dated:  March 12, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE