UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DYKEHOUSE, et al.

    Plaintiffs,

v.

THE 3M COMPANY, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1225

Hon. Hala Y. Jarbou

## **ORDER**

Before the Court is the parties' Joint Motion for One Week Extension of Deadline for Filing Motion for Preliminary Approval of Class Action Settlement (ECF No. 110). Accordingly:

**IT IS ORDERED** that the parties' Joint Motion for One Week Extension of Deadline for Filing Motion for Preliminary Approval of Class Action Settlement (ECF No. 110) is **GRANTED**. Deadline for filing motion for preliminary approval of class action settlement is extended from April 16, 2021 to **April 23, 2021**.

Dated: April 16, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE