UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DYKEHOUSE, et al.,

    Plaintiffs,                        Case No. 1:18-cv-1225

v.                                         Hon. Hala Y. Jarbou

THE 3M COMPANY, et al.,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 112).  Accordingly:

**IT IS ORDERED** that Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 112) is **GRANTED**.


Dated:   April 28, 2021                           /s/ Hala Y. Jarbou
                                                                   HALA Y. JARBOU
                                                                   UNITED STATES DISTRICT JUDGE