UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID DYKEHOUSE, et al.

    Plaintiffs,

v.

THE 3M COMPANY, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1225

Hon. Hala Y. Jarbou

## **ORDER**

A Fairness Hearing was held today with all parties present to address Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (ECF No. 120). For the reasons stated on the record:

**IT IS ORDERED** that Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (ECF No. 120) is **GRANTED**. Class is certified solely for the purposes of settlement and pursuant to the Final Judgment and Order entered September 1, 2021.

Dated: September 1, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE